IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



**FILED**
APR 03 2013

| | |
|---|---|
| SOUTH DAKOTA WHEAT GROWERS, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL WESTERN INSURANCE COMPANY, <br><br> Defendant. | Civ. 12-1008 <br><br> **JUDGMENT OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED and DECREED that the claim in this action is dismissed on its merits, with prejudice, and with each party bearing its own costs, expenses, and attorneys' fees.

Dated this 1st day of April, 2013

BY THE COURT:

Hon. Charles B. Kornmann
United States District Judge

ATTEST:

JOSEPH HAAS, CLERK

BY: _____
DEPUTY

(SEAL)